# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

## CASE SUMMARY

Case Number: 19CR00292-GW

Defendant Number: 1

U.S.A. v. PING-YI KWAN, aka "Jessse"

Year of Birth: 1985

- [ ] Indictment
- [✓] Information

Investigative agency (FBI, DEA, etc.): ATF

NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: 9/12/16 - 5/23/17

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- [✓] Los Angeles
- [ ] Ventura
- [ ] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other N/A

Citation of Offense: 1. 26 U.S.C. § 5861(d);
18 U.S.C. §§ 922(a)(1)(A); 18 U.S.C. § 2(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- [ ] Eastern (Riverside and San Bernardino)
- [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No
- [ ] Yes

If "Yes," Case Number: N/A

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A

Case Number: N/A

Assigned Judge: N/A

Charging: N/A

The complaint/CVB citation:
- [ ] is still pending
- [ ] was dismissed on: N/A

### PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [✓] Yes

IF YES, provide Name: Diane Bass & Christopher M. Glew

Phone Number: 949-494-7011 & 866-648-0004

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?
- [ ] Yes
- [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: N/A

Case Number: N/A

The superseded case:
- [ ] is still pending before Judge/Magistrate Judge

N/A

- [ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male  ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s)  N/A

N/A

This defendant is charged in:
- ☑ All counts
- ☐ Only counts: N/A

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☑ violent crimes/firearms
- ☐ public corruption
- ☑ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☐ Other  N/A

N/A

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint:  N/A
b. Posted bond at complaint level on:  N/A
   in the amount of $ N/A
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district:
   N/A

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution:  N/A
c. If Federal, U.S. Marshals Service Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court:  N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  N/A  20   N/A  21   N/A  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:  N/A

N/A

N/A

Date  04/30/2019

Signature of Assistant U.S. Attorney
Sara B. Milstein
Print Name