```
 1   NICOLA T. HANNA
     United States Attorney
 2   LAWRENCE S. MIDDLETON
     Assistant United States Attorney
 3   Chief, Criminal Division
     SARA B. MILSTEIN (Cal. Bar No. 313370)
 4   Assistant United States Attorney
     Violent & Organized Crime Section
 5        1300 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-8611
 7        Facsimile: (213) 894-3713
          E-mail:    sara.milstein@usdoj.gov
 8
     Attorneys for Plaintiff
 9   UNITED STATES OF AMERICA
```

**ORIGINAL**  *(FILED 2019 MAY 13 PM 4:08, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF LOS ANGELES)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PING-YI KWAN, aka "Jesse," <br><br> Defendant. | No. CR 19-CR00292-GW <br><br> GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INFORMATION AND RELATED DOCUMENTS; DECLARATION OF SARA B. MILSTEIN <br><br> **(UNDER SEAL)** |

The government hereby applies ex parte for an order that the information and any related documents in the above-titled case be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Sara B. Milstein.

Dated: May 10, 2019                    Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney

                                            LAWRENCE S. MIDDLETON
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            /s/ Sara B. Milstein
                                            SARA B. MILSTEIN
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

**DECLARATION OF SARA B. MILSTEIN**

I, Sara B. Milstein, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. PING-YI KWAN, aka "Jesse".

2. Defendant has agreed to cooperate against four individuals whom the government intends to charge by indictment. Those four individuals have not been taken into custody and have not been informed that they may be named as defendants in the indictments to be presented to the grand jury in the coming weeks. The likelihood of apprehending the four defendants might jeopardized if the information in this case were made publicly available before the four defendants are taken into custody on their indictments. Moreover, the threat of retaliation against defendant KWAN by those four defendants would be high if KWAN's information and cooperation plea agreement were made public.

3. Accordingly, the government requests that the information and sealed documents in this case be sealed and remain so until the government moves to unseal the information and related documents.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 10, 2019.

*/s/ Sara B. Milstein*
SARA B. MILSTEIN

1