```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SARA B. MILSTEIN (Cal. Bar No. 313370)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8611
     Facsimile: (213) 894-3713
     E-mail:    sara.milstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAY 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19CR00292-GW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING INFORMATION AND RELATED DOCUMENTS |
| v. | (UNDER SEAL) |
| PING-YI KWAN, aka "Jesse," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the information and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government moves to unseal this matter.

May 15, 2019
DATE

_George H. Wu_
HONORABLE George H. Wu
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____      _____
DATE                                                   HONORABLE
                                                          UNITED STATES MAGISTRATE JUDGE