FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF v. | 19 CR 00292-GW |
| Ping Yi-Kwan  DEFENDANT. | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, _____Ping Yi Kwan_____ , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __17th__ day of __May__, 20__19__
at __Los Angeles, CA__
*(City and State)*

_____
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____

_____
*Interpreter*

CR-37 (05/15)         DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS