# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00292     Recorder: CS 05/17/2019     Date: 05/17/2019

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

Court Clerk: Beatriz Martinez                           Assistant U.S. Attorney: Sara Milstein

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| PING-YI KWAN<br>    BOND-PRESENT | DIANE C. BASS<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge George H. Wu.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Javier Gonzalez at ( 213 ) 894-1091 regarding the setting of dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: BM by TRB

---

CR-85 (09/12)     CRIMINAL MINUTES - ARRAIGNMENT     Page 1 of 1

5/21/2019