```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3819
 7       Facsimile: (213) 894-0141
         E-mail:    brian.faerstein@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00292-GW |
|---|---|
| Plaintiff, | NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE |
| v. | |
| PING-YI KWAN, aka "Jesse," | **[UNDER SEAL]** |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been re-assigned to a new Assistant United States Attorney ("AUSA") as follows:

| Role | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Sara B. Milstein | Sara.Milstein@usdoj.gov |
| Newly Assigned AUSA | Brian R. Faerstein | Brian.Faerstein@usdoj.gov |

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails related to filings in this case, and that the previously assigned AUSA is removed from the docket.

Dated: July 2, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
BRIAN R. FAERSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA