BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant U.S. Attorney
312 N. Spring Street, 13th Floor
Los Angeles, CA 90012
Telephone: (213) 894-3819
E-mail: brian.faerstein@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 19-00292-GW |
| PING-YI KWAN, aka "Jesse," DEFENDANT(S). | NOTICE OF MANUAL FILING OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; PROPOSED ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENTS

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| June 6, 2022 | Brian Faerstein |
|---|---|
| Date | Attorney Name |
| | Plaintiff, United States of America |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**