Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, CA 92620
Telephone: 949-494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
Ping-Yi Kwan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PING-YI KWAN (AKA JESSE),<br><br>    Defendant | Case No.: 19-CR-292-GW<br><br>STIPLUATION TO CONTINUE SENTENCING HEARING FROM DECEMBER 15, 2022 AT TO JANUARY 19, 2023 AT 10:00 A.M. |

   Defendant, Ping-Yi Kwan, by and through his attorney of record, Diane C. Bass, and the United States of America, by and through Assistant United States Attorney Brian Faerstein, hereby stipulate that sentencing in this matter should be continued from December 15, 2022 to January 19, 2023.

   Sentencing in this matter is currently set for December 15, 2022 at 8:00 a.m.

   Defense counsel needs additional time to prepare and is requesting that the matter be continued to January 19, 2023 at 10:00 a.m.

STIPLUATION TO CONTINUE SENTENCING HEARING FROM DECEMBER 15, 2022 AT TO JANUARY 19, 2023 AT 10:00 A.M. - 1

Therefore, the parties stipulate that the sentencing hearing should be continued to January 19, 2023.

IT IS SO STIPULATED.

Dated: October 21, 2022          Respectfully submitted


                                  /s/ Diane C. Bass
                                 Diane C. Bass
                                 Attorney for Defendant
                                 Ping-Yi Kwan


Dated: October 21, 2022          Martin Estrada
                                 United States Attorney


                                   /s/Brian Faerstein
                                 Brian Faerstein
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
                                 United States of America

STIPLUATION TO CONTINUE SENTENCING HEARING FROM DECEMBER 15, 2022 AT TO JANUARY 19, 2023 AT 10:00 A.M. - 2