Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, CA 92620
Telephone: 949-494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
Ping-Yi Kwan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-292-GW |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER CONTINUING SENTENCING FROM DECEMBER 15, 2022 TO JANUARY 19, 2023 AT 10:00 A.M. |
| PING-YI KWAN (AKA JESSE), | |
| Defendant | |

IT IS SO ORDERED that Good Cause Having Been Found:

Sentencing in this matter is hereby continued from December 15, 2022 at  to January 19, 2023 at 10:00 a.m.

Dated: October 26, 2022

*George H. Wu* (signature)
_____
George H. Wu
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER CONTINUING SENTENCING FROM DECEMBER 15, 2022 TO JANUARY 19, 2023 AT 10:00 A.M. - 1