```
Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, CA 92620
Telephone: 949-494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
Ping-Yi Kwan
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>PING-YI KWAN (AKA JESSE),<br><br>      Defendant | Case No.: 19-CR-292-GW<br><br>STIPLUATION TO CONTINUE SENTENCING HEARING FROM JANUARY 19, 2023 AT 10:00 A.M. TO JANUARY 23, 2023 AT 8:00 A.M. |

    Defendant, Ping-Yi Kwan, by and through his attorney of record, Diane C. Bass, and the United States of America, by and through Assistant United States Attorney Brian Faerstein, hereby stipulate that sentencing in this matter should be continued from January 19, 2023 to January 23, 2023.

    Sentencing in this matter is currently set for January 19, 2023 at 10:00 a.m.

    Defense counsel was notified that she has a Post Indictment Arraignment and Change of Plea Hearing in the Eastern District of North Carolina an January 19th that would be very difficult to

STIPLUATION TO CONTINUE SENTENCING HEARING FROM JANUARY 19, 2023 AT 10:00 A.M. TO JANUARY 23, 2023 AT 8:00 A.M. - 1

change because of the calendaring system in that District.[i] For this reason, defense counsel is asking the court to continue the sentencing hearing in this matter for a few days. The government has no objection.

Therefore, the parties stipulate that the sentencing hearing should be continued to January 23, 2023.

IT IS SO STIPULATED.

Dated: January 4, 2023           Respectfully submitted

                                        /s/ Diane C. Bass
                                 Diane C. Bass
                                 Attorney for Defendant
                                 Ping-Yi Kwan

Dated: January 4, 2023           Martin Estrada
                                 United States Attorney


                                   /s/Brian Faerstein
                                 Brian Faerstein
                                 Assistant United States Attorney
                                 Attorney for Plaintiff
                                 United States of America

STIPLUATION TO CONTINUE SENTENCING HEARING FROM JANUARY 19, 2023 AT 10:00 A.M. TO JANUARY 23, 2023 AT 8:00 A.M. - 2

_____

[i] The Eastern District of North Carolina sets hearings during a "term" but gives counsel no firm date until shortly before the hearing.

STIPLUATION TO CONTINUE SENTENCING HEARING FROM JANUARY 19, 2023 AT 10:00 A.M. TO JANUARY 23, 2023 AT 8:00 A.M. - 3